**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES R. BAUER, | ) | |
| | ) | CASE NO: 1:18-cv-03634 |
| Plaintiff, | ) | |
| | ) | Honorable Mary M. Rowland |
| vs. | ) | |
| | ) | |
| ROUNDPOINT MORTGAGE | ) | |
| SERVICING CORPORATION, | ) | |
| CARISBROOK ASSET HOLDING | ) | |
| TRUST, WIRBICKI LAW GROUP, LLC, | ) | |
| UNKNOWN OWNERS , and NON- | ) | |
| RECORD CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

NOW COME Plaintiff CHARLES R. BAUER ("Plaintiff"), and Defendant ROUNDPOINT MORTGAGE SERVICING CORPORATION ("RoundPoint")[1], by and through their respective counsel, and submit this *Joint Status Report* in preparation for the Reassignment Status Hearing set for September 25, 2019, at 8:30 a.m. in Courtroom 1225 pursuant to the Court's order. (*See* Dkt. # 57).

The claims in this matter have been dismissed or settled. Plaintiff is waiting for the Settlement Payment before dismissing the Action.

**I.    Nature of the Case**

**A.    Attorneys of Record:**

The attorneys of Record for Plaintiff are:

Thomas A. Zimmerman, Jr.

---

[1] The claims against WIRBICKI LAW GROUP, LLC and CARISBROOK ASSET HOLDING TRUST were dismissed. (*See* Dkt. # 40).

tom@attorneyzim.com
Sharon A. Harris
sharon@attorneyzim.com
Matthew C. De Re
matt@attorneyzim.com
Nickolas J. Hagman
nick@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020

John F. Stimson
THE LAW OFFICES OF JOHN F. STIMSON
9933 Lawler Avenue
Suite 312
Skokie, IL 60077
Telephone:  (847) 676-1000
john@stimson-law.com

Marc Edward Dann
THE DANN LAW FIRM CO. LPA
Po Box 6031040
Cleveland, OH 44103
Telephone:  (216) 373-0539
notices@dannlaw.com

The attorneys of record for Defendants are:

David F Standa
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60603
Telephone:  (312) 443-1748
dstanda@lockelord.com

Simon A. Fleischmann
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 443-0462
sfleischmann@lockelord.com

**B.**     **Basis for Federal Jurisdiction**

There is federal question jurisdiction pursuant to 28 U.S.C. 1331 as this action

arises under the Dodd-Frank Wall Street Reform and Consumer Protection Act ("DFA"), the Real Estate Settlement Procedures Act, 12 U.S.C. §§2601, et seq . ("RESPA"), the Truth in Lending Act, 15 U.S.C. §1640(e) ("TILA"), the Fair Debt Collection Practices Act, 12 U.S.C. §§1692, et seq . ("FDCPA"), and the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq . ("FCRA").

## C.    Nature of Claims

Plaintiff prevailed in a state court foreclosure proceeding, securing dismissal with prejudice of all claims brought by his mortgage owner. The resolution of that case determined that the note and mortgage at issue were not enforceable by operation of Illinois law. Yet thereafter, the new owner of that unenforceable debt and its servicer made repeated attempts to collect the uncollectable debt. Thus, Plaintiff was compelled to bring this action to remedy those wrongs, seeking damages and a ruling that title to his property is clear of any mortgage lien.

On October 29, 2018, the Court granted Wirbicki's motion to dismiss the claims against it.  (See Dkt. # 40). As to RoundPoint and Carisbrook's motion to dismiss, the Court granted it in part and denied it in part. (See Dkt. # 40). The two remaining claims in the Action allege that RoundPoint violated the Fair Debt Collection Practices Act and the Illinois Consumer Fraud Act by sending Plaintiff correspondence indicating that a foreclosure action would be pursued if Plaintiff failed to cure the default on the mortgage loan.

### Settlement

On August 13, 2019, Plaintiff and RoundPoint entered into a Settlement Agreement and Release of Claims ("Settlement Agreement"). Pursuant to the Settlement

Agreement, Plaintiff agrees to voluntarily dismiss the Action with prejudice within ten (10) days of the receipt of the Settlement Payment. As of the time of this filing, Plaintiff has not received the Settlement Payment.

**D. Relief Sought –** Given the settlement of this matter, the relief sought is moot.

**E. Parties not served –** NONE.

**II. Discovery and Pending Motions**

Given the settlement of this matter, the status of discovery and pending motions is moot.

**III. Trial**

Given the settlement of this matter, the status of discovery and pending motions is moot.

**IV. Settlement, Referrals, and Consent**

Given the settlement of this matter, the status of discovery and pending motions is moot.

Dated: September 18, 2019        Respectfully submitted,

By: /s/ Sharon A. Harris
       Thomas A. Zimmerman, Jr.
       *tom@attorneyzim.com*
       Sharon A. Harris
       *sharon@attorneyzim.com*
       Matthew C. De Re
       *matt@attorneyzim.com*
       Nickolas J. Hagman
       *nick@attorneyzim.com*
       ZIMMERMAN LAW OFFICES, P.C.
       77 W. Washington Street, Suite 1220
       Chicago, Illinois 60602
       Telephone: (312) 440-0020
       Facsimile: (312) 440-4180

       John F. Stimson
       THE LAW OFFICES OF JOHN F. STIMSON
       9933 Lawler Avenue

Suite 312
Skokie, IL 60077
Telephone:  (847) 676-1000
*john@stimson-law.com*

Marc Edward Dann
THE DANN LAW FIRM CO. LPA
Po Box 6031040
Cleveland, OH 44103
Telephone:  (216) 373-0539
*notices@dannlaw.com*

*Attorneys for Plaintiff*


By:  /s/  David F. Standa

David F Standa
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60603
Telephone:  (312) 443-1748
*dstanda@lockelord.com*

Simon A. Fleischmann
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 443-0462
sfleischmann@lockelord.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Sharon A. Harris, an attorney, hereby certifies that he caused the above and foregoing *Joint Status Report* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on this day September 18, 2019.


     s/ Sharon A. Harris